UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SHANTEL WARE,
    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

**CASE NO. 5:15-CV-614-D**

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the M&R and overrules the objections. Plaintiff's objections to the M&R [D.E. 24] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 17] is DENIED, defendant's motion for judgment on the pleadings [D.E. 20] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on March 14, 2017, and Copies To:**

| | |
|---|---|
| Jonathan Blair Biser | (via CM/ECF electronic notification) |
| Elisa Donohoe | (via CM/ECF electronic notification) |

DATE:
March 14, 2017

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Briggeman
Deputy Clerk